UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DENNIS SUMLIN, *on behalf of himself and all others similarly situated*,

                Plaintiff,

        -v-

Heyday Wellness, LLC,

               Defendant.

------------------------------------------------------------------X

25-CV-00715 (JAV)

<u>ORDER</u>

JEANNETTE A. VARGAS, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: February 24, 2025
       New York, New York

                                                _____
                                                JEANNETTE A. VARGAS
                                                United States District Judge