UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS SUMLIN,

        Plaintiff,

-v-

HEYDAY WELLNESS, LLC,

        Defendant.

CIVIL ACTION NO.: 25 Civ. 715 (JAV) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge:

The Complaint in this action was served on Wednesday, February 26, 2025, with Defendant's Answer due on Wednesday, March 19, 2025. (ECF No. 8). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Monday, April 7, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Jeannette A. Vargas, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, April 21, 2025.**

Dated:     New York, New York
           March 31, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**