

68-29 Main Street,

Flushing, New York 11367

Tel.: +1 (917) 437-3737

Email: acohen@ealg.law

## EQUAL ACCESS
— LAW GROUP PLLC —

> Plaintiff's Letter-Motion at ECF No. 13 is GRANTED, and Plaintiff's deadline to file a motion for default judgment in accordance with the Individual Practices of the Honorable Jeannette A. Vargas, Federal Rule of Civil Procedure 55, and S.D.N.Y. Local Rule 55 is EXTENDED to **Wednesday, May 21, 2025.**
>
> The Clerk of Court is respectfully directed to close ECF No. 13.
>
> SO ORDERED.    4/22/2025
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

April 21, 2025

*RE: Dennis Sumlin v. Heyday Wellness, LLC. DOCKET NO. 1:25-cv-715*
*Letter to show cause*

Dear Judge Cave,

The undersigned represents Plaintiff Dennis Sumlin in the above-referenced matter. We write in response to the Court's Order to file for Default Judgment by April 21, 2025, in which the order was dated March 31, 2025. Plaintiff filed a Clerk's Certificate of Default and Affirmation in support on April 4, 2025.

The Court has ordered that Plaintiff to file his default judgment motions by April 21, 2025. Plaintiff respectfully requests a brief extension of thirty (30) days, through May 21, 2025, to respond to the Court's Order. As of April 21, 2025, Plaintiff was contacted by Defendant's counsel that they intend to make an appearance and respond to the compliant accordingly. Plaintiff has consented to Defendant's request to allow a 30-day extension of time to allow Defendant to file an appearance and a response to the complaint. This request is made to allow Defense counsel sufficient time to thoroughly research and address the legal issues and respond to the complaint.

This is Plaintiff's first request for an extension of time. In spirit of good faith efforts, Plaintiff is requesting an extension of time to file the default motions by May 21, 2025. Additionally, Plaintiff and Defendant also requests that Defendant be given this time to file an appearance and a response to the complaint. The requested extension will not impact any other deadlines in this matter. This request is made by Plaintiff and Defendant.

Accordingly, Plaintiff respectfully requests that the Court grant a thirty (30) day extension file the motion for default. We thank the Court for its consideration of this request.

Respectfully Submitted,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ *Asher Cohen***

By: Asher Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: +1 (917) 437-3737
Email: acohen@ealg.law

